```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CINCINNATI INSURANCE COMPANY**, an Ohio Corporation,

    Plaintiff,

  v.                            Civil Action No. 2:20-cv-12
                                        (Judge Kleeh)

**PREMIER CONSTRUCTION SERVICES LLC and ROBERT RIFFLE**,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the *Notice of Dismissal Without Prejudice* [Dkt. No. 6] and Fed. R. Civ. R. Civ. P. 41, the Court **ORDERS** this matter **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this order to counsel of record.

**DATED:** June 5, 2020

                                          /s/ Thomas S. Kleeh
                                          THOMAS S. KLEEH
                                          UNITED STATES DISTRICT JUDGE